Nos. 432 and 570.   LOCAL 63, TEXTILE WORKERS UNION OF AMERICA, C. I. O. *v.* CHENEY BROTHERS.   Supreme Court of Errors of Connecticut.   Certiorari denied. *Louise Blackmar Hart Hunt* for petitioner.   *William K. Cole* for respondent.

No. 554.   WALKER *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.   *Wm. C. Pierce* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Sydney Brodie* for the United States.

No. 571.   SAWYER *v.* STEVENS, SECRETARY OF THE ARMY, ET AL.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Claude L. Dawson* for petitioner.   *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Benjamin Forman* for respondents.

No. 319, Misc.   BILLEAUDEAU ET AL. *v.* TEMPLE ASSOCIATES, INC.   C. A. 5th Cir.   Certiorari denied.   *Albert Tate, Jr.* for petitioners.   *Ward R. Burke* for respondent.

No. 403, Misc.   GRAHAM ET AL. *v.* CALIFORNIA.   Supreme Court of California.   Certiorari denied.   MR. JUSTICE DOUGLAS is of the opinion the petition should be granted.   *William Strong* for petitioners.   *Edmund G. Brown,* Attorney General of California, *William V. O'Connor,* Chief Deputy Attorney General, and *William E. James,* Deputy Attorney General, for respondent.